**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN TRAM, JAHI JONES, MATTHEW GERTLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:07-cv-01677-LEW-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Allen Tram, Jahi Jones and Matthew Gertler ("Plaintiffs") and Defendant T-Mobile USA, Inc. ("Defendant"), by and through their counsel, stipulate that the Complaint by Plaintiffs filed against Defendant on August 15, 2007, and all claims alleged against Defendant therein, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. The parties further stipulate that each party shall bear its own costs.

- 1 -

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** (NO. 07-CV-1677-LEW-KJM)

1008189-1

PDF created with pdfFactory trial version www.pdffactory.com

**SO STIPULATED.**

.

DATED:  January 15, 2008                    DATED:  January 15, 2008

**BINGHAM MCCUTCHEN LLP**            **SCHIFFRIN BARROWAY TOPAZ**
                                     **& KESSLER, LLP**


By:_____/s/ James Severson_____    By:_____/s/ Alan R. Plutzik_____
    James Severson                        Alan R. Plutzik
    Bryan E Daley                         L. Timothy Fisher
    Three Embarcadero Center              2125 Oak Grove Rd., Suite 120
    Suite 2800                            Walnut Creek, CA 94598
    San Francisco, CA 94111               Telephone:  (925) 945-0770
    Telephone: (415) 393-2438             Facsimile:  (925) 945-8792
    Facsimile: (415) 393-2286

*Counsel for Defendant T-Mobile USA,*     Joseph H. Meltzer
*Inc.*                                    Gerald D. Wells, III
                                          Robert J. Gray
                                          280 King of Prussia Road
                                          Radnor, PA 19087
                                          Telephone:  (610) 667-7706
                                          Facsimile:  (610) 667-7056

                                          *Counsel for Plaintiffs*




**ORDER**

The Court has considered the foregoing stipulation and, good cause appearing, the Court

adopts the stipulation of the parties and hereby dismisses this action without prejudice pursuant to

Federal Rule of Civil Procedure 41, with each side to bear its own costs.


**ITS IS SO ORDERED.**



Dated: January 16, 2008              /s/ Ronald S. W. Lew_____
                                     Senior Judge Ronald S.W. Lew
                                     United States District Judge

- 2 -

**STIPULATION AND ORDER OF DISMISSAL**
**WITHOUT PREJUDICE** (NO. 07-CV-1677-LEW-KJM)

1008189.1

PDF created with pdfFactory trial version www.pdffactory.com

1

**Attestation Pursuant To General Order 45**

2      I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained

3 from the other signatory.  I declare under penalty of perjury under the laws of the United States

4 that the foregoing is true and correct.  Executed this 15th day of January, 2008 at Walnut Creek,

5 California.

                              /s/ Alan R. Plutzik

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE** (NO. 07-CV-1677-LEW-KJM)

1008189.1

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

**STIPULATION AND ORDER OF DISMISSAL**
**WITHOUT PREJUDICE** (NO. 07-CV-1677-LEW-KJM)

1008189.1

PDF created with pdfFactory trial version www.pdffactory.com